LOEB & LOEB LLP
MICHELLE LA MAR (State Bar No. 163038)
mlamar@loeb.com
BENJAMIN R. KING (State Bar No. 205447)
bking@loeb.com
JON DARYANANI (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:     310-282-2000
Facsimile:      310-282-2200

KELLEY DRYE & WARREN LLP
WILLIAM A. ESCOBAR (Admitted, *Pro Hac Vice*)
wescobar@kelleydrye.com
ROBERT I. STEINER (Admitted, *Pro Hac Vice*)
rsteiner@kelleydrye.com
KEVIN J. SMITH (Admitted, *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, New York 10178
Telephone:     (212) 808-7800
Facsimile:      (212) 808-7897

Attorneys for Defendants
TATA AMERICA INTERNATIONAL
CORPORATION, TATA CONSULTANCY
SERVICES, LTD. and TATA SONS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York corporation; TATA CONSULTANCY SERVICES, LTD., an Indian corporation; and TATA SONS, LTD., an Indian corporation,<br><br>　　　　　　Defendants. | Case No. 06 CIV 963 (VRW)<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[N.D. Local Rule 6-1]** |

1  Pursuant to Rule 6-1 of this Court's Civil Local Rules, Plaintiffs Gopi Vedachalam and
2 Kangana Beri, and defendants Tata America International Corporation, Tata Consultancy
3 Services, Ltd. and Tata Sons, Ltd. (collectively "Defendants"), by and amongst themselves, hereby
4 stipulate as follows:
5  Defendants' time to respond to the First Amended Complaint in the above-captioned
6 matter shall be extended by an additional 29 days (from June 15, 2006 to July 14, 2006).
7 Defendants have received no prior extensions of their time to respond to the First Amended
8 Complaint.
9  The parties further acknowledge that Defendants' motion to dismiss the original complaint
10 in this matter is withdrawn without prejudice and is taken off calendar. However, Defendants'
11 motion to compel arbitration and to
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  dismiss, or alternatively, to stay the action shall remain on calendar (for hearing on July 13, 2006
2  as previously noticed).

3

4  Dated: June 9, 2006                    LOEB & LOEB LLP

5

6
                                          By: */s/ Michelle M. La Mar*
7                                             Michelle M. La Mar
                                              Attorneys for Defendants
8                                             TATA AMERICA INTERNATIONAL
                                              CORPORATION; TATA CONSULTANCY
9                                             SERVICES, LTD.; and TATA SONS, LTD
10

11  Dated: June 9, 2006                   KELLEY DRYE & WARREN LLP

12

13
                                          By: */s/ Kevin J. Smith*
14                                            Kevin J. Smith
                                              Attorneys for Defendants
15                                            TATA AMERICA INTERNATIONAL
                                              CORPORATION; TATA CONSULTANCY
16                                            SERVICES, LTD.; and TATA SONS, LTD
17

18  Dated: June 9, 2006                   LEIFF, CABRASER, HEIMANN &
                                          BERNSTEIN, LLP
19

20
                                          By: */s/ Steven M. Tindall* by PEL w/permission
21                                            Steven M. Tindall
                                              Attorneys for Plaintiffs
22                                            GOPI VEDACHALAM and KANGANA
                                              BERI, on behalf of themselves and others
23                                            similarly situated
24

25  **IT IS SO ORDERED.**

26                                        GRANTED

27  Dated: 6/9/2006
                                          _____
28                                        UNITED STATES DISTRICT JUDGE
                                          Judge Vaughn R Walker