LOEB & LOEB LLP
MICHELLE LA MAR (State Bar No. 163038)
mlamar@loeb.com
BENJAMIN R. KING (State Bar No. 205447)
bking@loeb.com
JON DARYANANI (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:    310-282-2200

KELLEY DRYE & WARREN LLP
WILLIAM A. ESCOBAR (Admitted, *Pro Hac Vice*)
wescobar@kelleydrye.com
ROBERT I. STEINER (Admitted, *Pro Hac Vice*)
rsteiner@kelleydrye.com
KEVIN J. SMITH (Admitted, *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, New York 10178
Telephone:   (212) 808-7800
Facsimile:    (212) 808-7897

Attorneys for Defendants
TATA AMERICA INTERNATIONAL
CORPORATION, TATA CONSULTANCY
SERVICES, LTD. and TATA SONS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York corporation; TATA CONSULTANCY SERVICES, LTD., an Indian corporation; and TATA SONS, LTD., an Indian corporation,<br><br>            Defendants. | Case No. 06 CIV 963 (VRW)<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[N.D. Local Rule 6-1]** |

1  Pursuant to Rule 6-1 of this Court's Civil Local Rules, Plaintiffs Gopi Vedachalam and
2  Kangana Beri, and defendants Tata America International Corporation, Tata Consultancy
3  Services, Ltd. and Tata Sons, Ltd. (collectively "Defendants"), by and amongst themselves, hereby
4  stipulate as follows:
5  Defendants' time to respond to the First Amended Complaint in the above-captioned
6  matter shall be extended from July 14, 2006 until ten (10) days after the Court issues and enters on
7  the Court's docket a decision and order with respect to Defendants' motion to compel arbitration
8  of Gopi Vedachalam's claims, currently pending before the Court. Defendants received one prior
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LA1546622.1
20562510005
07/12/2006 brk

- 2 -

Case No. 06 CIV 963 (VRW) – Stipulation and Order

extension of their time to respond to the First Amended Complaint, from June 15, 2006 to July 14, 2006.

Dated: July 12, 2006            LOEB & LOEB LLP

By: /s/ *Michelle M. La Mar*
    Michelle M. La Mar
    Attorneys for Defendants
    TATA AMERICA INTERNATIONAL
    CORPORATION; TATA CONSULTANCY
    SERVICES, LTD.; and TATA SONS, LTD

Dated: July 12, 2006            KELLEY DRYE & WARREN LLP

By: */s/ Kevin J. Smith*
    Kevin J. Smith
    Attorneys for Defendants
    TATA AMERICA INTERNATIONAL
    CORPORATION; TATA CONSULTANCY
    SERVICES, LTD.; and TATA SONS, LTD

Dated: July 12, 2006            LEIFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:*/s/ Steven M. Tindall*
    Steven M. Tindall
    Attorneys for Plaintiffs
    GOPI VEDACHALAM and KANGANA
    BERI, on behalf of themselves and others
    similarly situated

**IT IS SO ORDERED.**

Dated: 7/13/06

UNITED STATES DISTRICT JUDGE