1   LOEB & LOEB LLP
    MICHELLE LA MAR (State Bar No. 163038)
2   mlamar@loeb.com
    BENJAMIN R. KING (State Bar No. 205447)
3   bking@loeb.com
    JON DARYANANI (State Bar No. 205149)
4   jdaryanani@loeb.com
    10100 Santa Monica Boulevard, Suite 2200
5   Los Angeles, California 90067-4120
    Telephone:   310-282-2000
6   Facsimile:   310-282-2200

7   KELLEY DRYE & WARREN LLP
    WILLIAM A. ESCOBAR (Admitted, *Pro Hac Vice*)
8   wescobar@kelleydrye.com
    ROBERT I. STEINER (Admitted, *Pro Hac Vice*)
9   rsteiner@kelleydrye.com
    KEVIN J. SMITH (Admitted, *Pro Hac Vice*)
10  ksmith@kelleydrye.com
    101 Park Avenue
11  New York, New York 10178
    Telephone:   (212) 808-7800
12  Facsimile:   (212) 808-7897

13  Attorneys for Defendants
    TATA AMERICA INTERNATIONAL
14  CORPORATION, TATA CONSULTANCY
    SERVICES, LTD. and TATA SONS, LTD.

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

19  GOPI VEDACHALAM and KANGANA          )   Case No. CV 0963 (VRW)
    BERI, on behalf of themselves and all )
20  others similarly situated,            )   **STIPULATION AND ORDER FOR**
                                          )   **CONTINUANCE OF INITIAL CASE**
21              Plaintiffs,               )   **MANAGEMENT CONFERENCE AND**
                                          )   **FILING OF JOINT CASE**
22          v.                            )   **MANAGEMENT STATEMENT**
                                          )
23  TATA AMERICA INTERNATIONAL            )   **[N.D. Local Rules 6-2 and 7-12]**
    CORPORATION, a New York               )
24  corporation; TATA CONSULTANCY         )
    SERVICES, LTD., an Indian corporation; )   [Declaration of Michelle M. La Mar filed
25  and TATA SONS, LTD., an Indian        )   concurrently herewith]
    corporation,                          )
26                                        )
                Defendants.               )
27  _____)

28

1    Pursuant to this Court's Civil Local Rules 6-2 and 7-12, plaintiffs Gopi Vedachalam

2    and Kangana Beri ("Plaintiffs"), and defendants Tata America International Corporation,

3    Tata Consultancy Services, Ltd. and Tata Sons, Ltd. ("Defendants"), (collectively, the

4    "Parties") by and amongst themselves, hereby stipulate as follows:

5    1.    On March 13, 2007, in conjunction with the Court's ruling on Defendants'

6    Motion to Compel Arbitration, the Court set the Case Management Conference ("CMC")

7    in this matter for March 27, 2007 and ordered the Parties' Joint Case Management

8    Statement to be filed on March 20, 2007.

9    2.    Due to a pre-existing scheduling conflict, Plaintiffs' counsel is unavailable

10   for the CMC date currently set by this Court.

11   3.    Accordingly, the Parties agree to adjourn the date for the CMC to April 3,

12   2007 or to the Court's next available CMC date.

13   4.    The Parties further agree to extend the date for filing the Joint Case

14   Management Statement until March 27, 2007 or seven days before the rescheduled CMC

15   should a date other than April 3, 2007 be set by this Court.

16   5.    Nothing contained in this Stipulation is intended to waive prejudice or alter

17   Defendants' right to seek an additional adjournment of the CMC based upon the filing of a

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 2 -

1    Motion to Dismiss or on other grounds.

2    Dated:  March 16, 2007                    LOEB & LOEB LLP

3

4

5                                             By: _____ /s/ Michelle M. La Mar _____

6                                                  Michelle M. La Mar
                                                   Attorneys for all Defendants
7
     Dated:  March 16, 2007                    KELLEY DRYE & WARREN LLP
8

9

10                                            By: _____ /s/ Kevin J. Smith _____

11                                                 Kevin J. Smith
                                                   Attorneys for all Defendants
12
     Dated:  March 16, 2007                    LEIFF, CABRASER, HEIMANN &
13                                             BERNSTEIN, LLP

14

15

16                                            By: _____ /s/ Kelly M. Dermody _____

                                                   Kelly M. Dermody
17                                                 Attorneys for all Plaintiffs

18

19   Dated:  March 16, 2007                    RUKIN HYLAND DORIA &
                                               TINDALL LLP
20

21

22                                            By: _____ /s/ Steven M. Tindall _____

23                                                 Steven M. Tindall
                                                   Attorneys for all Plaintiffs
24

25         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26

27   Dated: _____ March 19, 2007 _____    _____

28
                                               Judge, United States District Court

1    <u>Signature Attestation</u>:

2        I, Michelle M. La Mar, hereby attest that I have on file all holograph signatures for

3    any signatures indicated by a "conformed" signature (/s/) within this efiled document.

4
                                        /s/ Michelle M. La Mar
5                                        Michelle M. La Mar

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1626486.1
205625-10005

Case No. CV 06-0963 (VRW) – STIPULATION AND ORDER