| | |
|---|---|
| Kelly M. Dermody (State Bar No. 171716)<br>kdermody@lchb.com<br>Daniel M. Hutchinson (State Bar No. 239458)<br>dhutchinson@lchb.com<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | Steven M. Tindall (State Bar No. 187862)<br>steventindall@rhdtlaw.com<br>RUKIN HYLAND DORIA & TINDALL, LLP<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>Telephone: (415) 421-1800<br>Facsimile: (415) 421-1700 |

*Counsel for the Plaintiffs*

| | |
|---|---|
| Michelle La Mar (State Bar No. 163038)<br>mlamar@loeb.com<br>Benjamin R. King (State Bar No. 205447)<br>bking@loeb.com<br>John Daryanani (State Bar No. 205149)<br>jdaryanani@loeb.com<br>LOEB & LOEB, LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4120<br>Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200 | William A. Escobar (Admitted, *Pro Hac Vice*)<br>wescobar@kelleydrye.com<br>Robert I. Steiner (Admitted, *Pro Hac Vice*)<br>rsteiner@kelleydrye.com<br>Kevin J. Smith (Admitted, *Pro Hac Vice*)<br>ksmith@kelleydrye.com<br>KELLEY DRYE & WARREN, LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897 |

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York corporation; TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation.<br><br>Defendants. | CASE NO. C 06-0963 (VRW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' MOTIONS TO (1) STAY PROCEEDINGS PENDING THE RESOLUTION OF APPEAL; (2) COMPEL ARBITRATION OF PLAINTIFF KANGANA BERI'S CLAIMS; AND (3) MOTION TO DISMISS AMENDED COMPLAINT** |

615402.1

STIPULATION RE: DEFENDANTS' MOTIONS TO
STAY, COMPEL, AND DISMISS
Case No. C-06-0963 VRW

1       **WHEREAS,** Defendants filed three motions that are currently pending before this Court—a Motion to Stay the District Court Proceedings Pending the Resolution of Defendants' Appeal ("Motion to Stay"); a Motion to Compel Arbitration of Plaintiff Kangana Beri's Claims ("Motion to Compel Arbitration"); and a Motion to Dismiss the Amended Complaint Under Fed. R. Civ. Pro. 12(B)(6) ("Motion to Dismiss");

      **WHEREAS,** the Court and the parties held a Case Management Conference on April 3, 2007, at which conference the parties and Court decided that the Motion to Stay would be heard first, on May 10, 2007, and (if the proceedings were not stayed) the Motions to Compel Arbitration and to Dismiss would be heard thereafter, on June 14, 2007;

      **WHEREAS,** on April 13, 2007, Plaintiffs filed with the Court an agreed Stipulation and [Proposed] Order Re: Defendants' Motions To (1) Stay Proceedings Pending The Resolution of Appeal; (2) Compel Arbitration of Plaintiff Kangana Beri's Claims; and (3) Motion to Dismiss Amended Complaint;

      **WHEREAS,** the purpose of the April 13, 2007 agreed Stipulation and Proposed Order was to promote judicial efficiency as more fully set forth in the Stipulation;

      **WHEREAS,** on April 19, 2007, the Court issued a Clerk's Notice that, among other things, stated that "per Counsel's request, Defendants' Motion to Compel Arbitration currently set for hearing on June 14, 2007 is re-set for hearing on June 21, 2007 at 2:00 p.m." The Clerk's Notice, however, did not address certain other issues concerning the pending Motions to Compel Arbitration or Dismiss;

      **THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Defendants' Motion to Compel Arbitration, currently set for hearing on June 14, 2007, is re-set for hearing on June 21, 2007 at 2:00 p.m.; Plaintiff's opposition to Defendants' Motion to Compel Arbitration is due May 18, 2007 and Defendants' reply in further support of their Motion to Compel Arbitration is due June 7, 2007;

2. Defendants' Motion to Stay, currently set for hearing on May 10, 2007 and Defendants' Motion to Dismiss, currently set for hearing on June 14, 2007, are continued to the next

- 1 -

615402.1

STIPULATION RE: DEFENDANTS' MOTIONS TO STAY, COMPEL, AND DISMISS
Case No. C 06-0963 (VRW)

1  available hearing date at least 35 days after the Court issues an order on Defendants'
2  Motion to Compel Arbitration;
3. Plaintiffs agree that they will enter into stipulations as are necessary to continue the briefing schedule of Defendants' appeal of the Court's March 13, 2007 Order until after this Court decides Defendants' pending Motion to Compel Arbitration; and
4. Plaintiffs agree that they will enter into a stipulation that any appeal of the Court's order on Defendants' Motion to Compel Arbitration, be consolidated with the Defendants' pending appeal of the Court's March 13, 2007 Order.

**IT IS SO STIPULATED.**

Dated:  April 24, 2007                    RUKIN HYLAND DORIA & TINDALL LLP

                                          By: _____/S/_____
                                                 Steven M. Tindall

                                          Steven M. Tindall (State Bar No. 187862)
                                          RUKIN HYLAND DORIA & TINDALL, LLP
                                          100 Pine Street, Suite 725
                                          San Francisco, CA 94111
                                          Telephone: (415) 421-1800
                                          Facsimile: (415) 421-1700

Dated:  April 24, 2007                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                          By: _____/S/_____
                                                 Kelly M. Dermody

                                          Kelly M. Dermody (State Bar No. 171716)
                                          Daniel M. Hutchinson (State Bar No.239458)

                                          Embarcadero Center West
                                          275 Battery Street, 30th Floor
                                          San Francisco, CA  94111-3339
                                          Telephone:  (415) 956-1000
                                          Facsimile:  (415) 956-1008


                                          *Counsel for the Plaintiffs*

|   |   |   |
|---|---|---|
| 1 |  | LOEB & LOEB, LLP |
| 2 | Dated: April 24, 2007 | By: _____/S/_____ |
| 3 |  | Michelle La Mar |
| 4 |  | Michelle La Mar (State Bar No. 163038)<br>mlamar@loeb.com |
| 5 |  | Benjamin R. King (State Bar No. 205447)<br>bking@loeb.com |
| 6 |  | John Daryanani (State Bar No. 205149)<br>jdaryanani@loeb.com |
| 7 |  | 10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4120 |
| 8 |  | Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200 |
| 9 |  |  |
| 10 |  | KELLEY DRYE & WARREN LLP |
| 11 | Dated: April 24, 2007 | By: _____/S/_____ |
| 12 |  | Kevin J. Smith |
| 13 |  | William A. Escobar (Admitted, *Pro Hac Vice*)<br>wescobar@kelleydrye.com |
| 14 |  | Robert I. Steiner (Admitted, *Pro Hac Vice*)<br>rsteiner@kelleydrye.com |
| 15 |  | Kevin J. Smith (Admitted, *Pro Hac Vice*)<br>ksmith@kelleydrye.com |
| 16 |  | 101 Park Avenue<br>New York, NY 10178 |
| 17 |  | Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897 |
| 18 |  | *Counsel for Defendants TATA AMERICA INTERNATIONAL CORPORATION, TATA* |
| 19 |  | *CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.* |

IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker]

- 3 -

STIPULATION RE: DEFENDANTS' MOTIONS TO STAY, COMPEL, AND DISMISS
Case No. C 06-0963 (VRW)

615402.1

1 ## ATTESTATION

2     I hereby attest that I have on file all holograph signatures for any signatures indicated

3 by a "conformed" signature (/S/) within this e-filed document.

5 DATED: April 24, 2007          By:_____ /S/ _____
6                                                     Daniel M. Hutchinson

7 Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
8 Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
9 LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
10 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
11 Telephone: (415) 956-1000
Facsimile: (415) 956-1008

12 *Counsel for the Plaintiffs*

615402.1

- 4 -

STIPULATION RE: DEFENDANTS' MOTIONS TO
STAY, COMPEL, AND DISMISS
Case No. C 06-0963 (VRW)