1  LOEB & LOEB LLP
   MICHELLE LA MAR (State Bar No. 163038)
2  mlamar@loeb.com
   BENJAMIN R. KING (State Bar No. 205447)
3  bking@loeb.com
   JON DARYANANI (State Bar No. 205149)
4  jdaryanani@loeb.com
   10100 Santa Monica Boulevard, Suite 2200
5  Los Angeles, California 90067-4120
   Telephone:   310-282-2000
6  Facsimile:   310-282-2200

7  KELLEY DRYE & WARREN LLP
   WILLIAM A. ESCOBAR (Admitted, *Pro Hac Vice*)
8  wescobar@kelleydrye.com
   ROBERT I. STEINER (Admitted, *Pro Hac Vice*)
9  rsteiner@kelleydrye.com
   KEVIN J. SMITH (Admitted, *Pro Hac Vice*)
10 ksmith@kelleydrye.com
   101 Park Avenue
11 New York, New York 10178
   Telephone:   (212) 808-7800
12 Facsimile:   (212) 808-7897

13 Attorneys for Defendants
   TATA AMERICA INTERNATIONAL
14 CORPORATION, TATA CONSULTANCY
   SERVICES, LTD. and TATA SONS, LTD.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 | GOPI VEDACHALAM and KANGANA      ) CASE No. CV06-0963 (VRW)
   | BERI, on behalf of themselves and all )
20 | others similarly situated,            ) **STIPULATION AND [PROPOSED]**
   |                                       ) **ORDER RE: DEFENDANTS' MOTION**
21 |          Plaintiffs,                  ) **TO STAY PROCEEDINGS PENDING**
   |                                       ) **THE RESOLUTION OF APPEAL**
22 |    v.                                 )
   |                                       )
23 | TATA AMERICA INTERNATIONAL         )
   | CORPORATION, a New York           )
24 | corporation; TATA CONSULTANCY     )
   | SERVICES, LTD., an Indian corporation; )
25 | and TATA SONS, LTD., an Indian     )
   | corporation,                       )
26 |                                       )
   |          Defendants.              )
27 |                                       )
   |                                       )
28 |_____)

**WHEREAS,** in an Order, entered on March 13, 2007, this Court denied Defendants' Motion to Compel Arbitration of Plaintiff Gopi Vedachalam's claims;

**WHEREAS,** on March 22, 2007, Defendants appealed, pursuant to 9 U.S.C. §16(a)(1)(C), this Court's Order denying their Motion to Compel Arbitration to the United States Court of Appeals for the Ninth Circuit ("the Vedachalam Appeal");

**WHEREAS,** on April 2, 2007 Defendants filed a Motion to Compel Arbitration of Plaintiff Kanga Beri's claims on grounds similar to those set forth in their prior Motion to Compel Arbitration of Vedachalam's Claims, during the pendancy of which the Parties stipulated and the Court so ordered that, among other things, this Action be otherwise stayed and that the Parties enter into such stipulations as necessary to adjourn or stay the briefing schedule of Defendants' appeal of the Court's March 13, 2007 Order until after the Court decides Defendants' Motion to Compel Arbitration of Plaintiff Kanga Beri's Claims;

**WHEREAS,** in an Order dated February 14, 2008, this Court denied Defendants' Motion to Compel Arbitration of Plaintiff Kanga Beri's Claims;

**WHEREAS,** on February 29, 2008, Defendants appealed, pursuant to 9 U.S.C. § 16(a)(1)(C), this Court's Order denying its Motion to Compel Arbitration to the United States Court of Appeals for the Ninth Circuit ("the Beri Appeal") and requested that the Vedachalam Appeal be consolidated with the Beri Appeal (collectively "the Consolidated Appeal");

**WHEREAS,** Defendants have informed the Court and the Plaintiffs that they intend to move for a further stay of this action pending resolution by the Ninth Circuit of the Consolidated Appeal, and in prior briefing have provided the Court with authority and commentary which supports the grant of such a stay (*see* Defendants' Motion for a Stay, Doc. Nos. 60 and 61 and authorities cited therein); and

**WHEREAS,** in order to preserve the resources of the Court and of the Parties, Plaintiffs, without conceding the merits of Defendants' proposed Stay Motion, Agree and Stipulate to Defendants' request to stay the proceedings in this Court pending the outcome of the Consolidated Appeal, and thereby avoid further or full briefing and argument on the issues,

///

**THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. All proceedings in this Action before this Court are hereby stayed pending the outcome of the Consolidated Appeal.

**IT IS SO STIPULATED.**

Dated: March 5, 2008    RUKIN HYLAND DORIA & TINDALL LLP

By: */s/ Steven M. Tindall*
    Steven M. Tindall

Steven M. Tindall (State Bar No. 187862)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Dated: March 5, 2008    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Kelly M. Dermody*
    Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Daniel M. Hutchinson (State Bar No.239458)

Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for the Plaintiffs*

- 3 -

| | | |
|---|---|---|
| Dated: March 5, 2008 | | LOEB & LOEB, LLP |

By: */s/ Michelle M. La Mar*
Michelle M. La Mar

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
Benjamin R. King (State Bar No. 205447)
bking@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

Dated: March 5, 2008        KELLEY DRYE & WARREN LLP

By: */s/ Kevin J. Smith*
Kevin J. Smith

William A. Escobar (Admitted, *Pro Hac Vice*)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted, *Pro Hac Vice*)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted, *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants TATA AMERICA INTERNATIONAL CORPORATION, TATA CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.*

**IT IS SO ORDERED.**

Dated: 3/7/08

HON. VAUGHN R. WALKER
United States District Court Chief Judge

- 4 -

## Signature Attestation

1. I, Michelle M. La Mar, hereby attest that I have on file all holographic signatures for any
2. signatures indicated by a "conformed" signature (/s/) within this e-filed document.

>    */s/ Michelle M. La Mar*
>    Michelle M. La Mar