Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne Shaver (State Bar No. 255928)
ashaver@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven M. Tindall (State Bar No. 187862)
steventindall@rhdtlaw.com
Angela Perone (State Bar No. 245793)
angelaperone@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation; TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>Defendants. | CASE NO. C 06-0963 (VRW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION MOTION DEADLINES** |

///

///

///

     **WHEREAS,** at the case management conference on April 1, 2010, the Court scheduled the class certification hearing for October 7, 2010; ordered that Plaintiffs' Reply Brief be filed no later than two weeks before the hearing; and ordered the parties to meet and confer on a briefing schedule;

     **WHEREAS,** at the case management conference, the parties raised with the Court a discovery dispute concerning Plaintiffs' request for, and Defendants' objection to, production of names and contact information of Defendants' current and former employees, from February 14, 2002 to the present;

     **WHEREAS,** at the case management conference, the parties resolved the above referenced discovery dispute and agreed upon a process, which the Court approved, by which a notice would be sent by a third-party administrator to a to-be-determined random sample of putative class members informing them of the putative class members' right to opt-out of permitting their name and contact information to be provided to Plaintiffs' counsel ("Opt-Out Notice Letter");

     **WHEREAS,** at the case management conference, the Court directed the parties to meet and confer on an acceptable method and content for the Opt-Out Notice Letter;

     **WHEREAS,** after the case management conference, the parties endeavored to and succeeded in negotiating the form and content of the Opt-Out Notice Letter, and agreed upon a third-party administrator, a process by which a random sample of putative class members shall be selected, and as to who would pay for the provision of notice;

     **WHEREAS,** the third-party administrator mailed the Opt-Out Notice Letter in the second week of July, 2010, later than the parties anticipated when the October 7, 2010 class certification hearing date was selected at the case management conference;

     **WHEREAS,** the parties have been moving forward in discovery, including conducting three depositions in June 2010, however, two depositions that were originally scheduled for June 25 and June 30, 2010, respectively, needed to be rescheduled for late July and mid-August;

     **WHEREAS,** the parties have met and conferred regarding the briefing schedule for Plaintiffs' class certification motion, and agree that the parties require additional time to prepare

the class certification briefing so that they may use and/or respond to the information to be gained from the depositions and contacts with putative class members (though Defendants do not concede that information generated from putative class members as a result of the Opt-Out Notice Letter process may be relevant, admissible or otherwise useable for class certification);

**THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Plaintiffs' Motion for Class Certification, currently set for hearing on October 7, 2010, is re-set for hearing on December 16, 2010 at 10:00 a.m.;

2. Plaintiffs' Opening Brief in Support of the Motion for Class Certification shall be served and filed by October 7, 2010;

3. Defendants' Opposition Brief shall be served and filed by November 15, 2010; and

4. Plaintiffs' Reply Brief shall be served and filed by December 2, 2010.

**IT IS SO STIPULATED.**

Dated: July 14, 2010            Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: /s/ Kelly M. Dermody
     Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne Shaver (State Bar No. 255928)
ashaver@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

| | |
|---|---|
| Dated: July 14, 2010 | RUKIN HYLAND DORIA & TINDALL LLP<br><br>By: _____/s/ Steven M. Tindall_____<br><br>Steven M. Tindall (State Bar No. 187862)<br>steventindall@rhdtlaw.com<br>Angela Perone (State Bar No. 245793)<br>angelaperone@rhdtlaw.com<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>Telephone: (415) 421-1800<br>Facsimile: (415) 421-1700<br><br>*Counsel for the Plaintiffs Kangana Beri and Gopi Vedachalam* |
| Dated: July 14, 2010 | LOEB & LOEB, LLP<br><br>By: /s/   Michelle La Mar<br><br>Michelle La Mar (State Bar No. 163038)<br>mlamar@loeb.com<br>John Daryanani (State Bar No. 205149)<br>jdaryanani@loeb.com<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4120<br>Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200 |
| Dated: July 14, 2010 | KELLEY DRYE & WARREN, LLP<br><br>By: /s/  Kevin J. Smith<br><br>William A. Escobar (Admitted *Pro Hac Vice*)<br>wescobar@kelleydrye.com<br>Robert I. Steiner (Admitted *Pro Hac Vice*)<br>rsteiner@kelleydrye.com<br>Kevin J. Smith (Admitted *Pro Hac Vice*)<br>ksmith@kelleydrye.com<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br><br>*Attorneys for Defendants TATA AMERICA INTERNATIONAL CORPORATION, TATA CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.* |

///
///

## ORDER

Based on the preceding stipulation, this Court hereby orders that the class certification briefing shall proceed and the hearing shall be set as follows:

Plaintiffs' Motion for Class Certification, currently set for hearing on October 7, 2010, is re-set for hearing on December 16, 2010 at 10:00 a.m.;

Plaintiffs' Opening Brief in Support of the Motion for Class Certification shall be served and filed by October 7, 2010;

Defendants' Opposition Brief shall be served and filed by November 15, 2010; and

Plaintiffs' Reply Brief shall be served and filed by December 2, 2010.

Dated: 7/20/2010

_____
HONORABLE VAUGHN R. WALKER
Chief Judge, United States District Court

*[Seal: Judge Vaughn R Walker, United States District Court, Northern District of California]*