United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v

TATA AMERICA INTERNATIONAL CORPORATION, a New York corporation; TATA CONSULTANCY SERVICES, LTD, an Indian corporation; and TATA SONS, LTD, an Indian corporation,

        Defendants.

_____/

No C 06-0963 VRW

ORDER

        The parties dispute whether defendants should be required to produce documents under plaintiffs' request for production no 9 (RFP no 9). Doc ##138, 139. Having considered the matter, the court determines that RFP no 9 subsections (b) and (c) appear to meet the requirements of FRCP 26(b)(1) to the extent they seek: "All documents constituting and/or referring to audits, investigations, inquiries, or studies, by TCS or any third party <u>on behalf of TCS</u>, including but not limited to any union, independent auditor, law firm, or governmental agency, regarding: * * * (b)

TCS's compliance with any state and/or federal wage and hour laws; (c) TCS's compliance with any federal immigration laws." See Doc #139-1 at 7 (alteration by court underlined, subsection (a) deleted).  RFP no 9 subsection (a) appears overbroad.

Defendants are DIRECTED to prepare a privilege log for all documents subject to production under RFP no 9(b)-(c) (as altered by the court) over which they claim a privilege. Defendants shall produce the privilege log not later than September 24, 2010.  The parties shall inform the court in writing of any remaining disputes associated with RFP no 9 not later than October 1, 2010.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge