1  Kelly M. Dermody (State Bar No. 171716)
   kdermody@lchb.com
2  Daniel M. Hutchinson (State Bar No. 239458)
   dhutchinson@lchb.com
3  Anne Shaver (State Bar No. 255928)
   ashaver@lchb.com
4  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA 94111
6  Telephone: (415) 956-1000
   Facsimile:  (415) 956-1008
7
   Steven M. Tindall (State Bar No. 187862)
8  steventindall@rhdtlaw.com
   Angela Perone (State Bar No. 245793)
9  angelaperone@rhdtlaw.com
   RUKIN HYLAND DORIA & TINDALL LLP
10 100 Pine Street, Suite 725
   San Francisco, CA 94111
11 Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
12
   Counsel for Plaintiffs
13

14              UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16 | GOPI VEDACHALAM and KANGANA | CASE NO.  C 06-0963 (VRW)
   | BERI, on behalf of themselves and all
17 | others similarly situated, | **STIPULATION AND ~~[PROPOSED]~~ ORDER RE:  CLASS CERTIFICATION MOTION DEADLINES**
18 |              Plaintiffs,
19 |      v.
20 | TATA AMERICA INTERNATIONAL
   | CORPORATION, a New York
21 | Corporation; TATA CONSULTANCY
   | SERVICES, LTD, an Indian Corporation;
22 | and TATA SONS, LTD, an Indian
   | Corporation,
23
   |              Defendants.
24

25       ///
26       ///
27       ///
28

1    **WHEREAS,** by Order of July 20, 2010, the current class certification motion briefing

2    schedule is as follows:

3        Plaintiffs' Motion for Class Certification is currently set for hearing on December 16,

4    2010 at 10:00 a.m.;

5        Plaintiffs' Opening Brief in Support of Motion for Class Certification currently shall be

6    served and filed by October 7, 2010;

7        Defendants' Opposition Brief currently shall be served and filed by November 15, 2010;

8    and

9        Plaintiffs' Reply Brief currently shall be served and filed by December 2, 2010.

10   **WHEREAS,** at the case management conference on April 1, 2010, the parties agreed

11   upon a process, which the Court approved, by which a notice would be sent by a third-party

12   administrator to a to-be-determined random sample of putative class members informing them of

13   the putative class members' right to opt-out of permitting their name and contact information to

14   be provided to Plaintiffs' counsel ("Opt-Out Notice Letter");

15   **WHEREAS,** a third-party administrator mailed the Opt-Out Notice Letter in the second

16   week of July, 2010;

17   **WHEREAS,** when the Opt-Out Notice Letter process concluded in August, 2010, there

18   was a delay in providing putative class members' telephone numbers to Plaintiffs' counsel,

19   through no fault of Plaintiffs or Defendants;

20   **WHEREAS,** Plaintiffs have found that many of the putative class members' addresses

21   and telephone numbers are outdated, requiring Plaintiffs to spend additional time locating

22   putative class members and preparing the class certification briefing so that Plaintiffs may use

23   and/or respond to information from the putative class members (though Defendants do not

24   concede that information generated from putative class members as a result of the Opt-Out Notice

25   Letter process may be relevant, admissible or otherwise useable for class certification);

26   **THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

27

28

882280.1                                   - 2 -                    STIPULATION & [PROPOSED] ORDER
                                                                    CASE NO. C 06-0963 (VRW)

1.  Plaintiffs' Motion for Class Certification, currently set for hearing on December 16, 2010, is re-set for hearing on January 13, 2011 at 10:00 a.m. (or at a date thereafter convenient to the Court);

2.  Plaintiffs' Opening Brief in Support of the Motion for Class Certification shall be served and filed on or before October 21, 2010;

3.  Defendants' Opposition Brief shall be served and filed on or before December 9, 2010; and

4.  Plaintiffs' Reply Brief shall be served and filed on or before December 28, 2010.

**IT IS SO STIPULATED.**

Dated:  September 22, 2010                    Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Kelly M. Dermody*
      Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne Shaver (State Bar No. 255928)
ashaver@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

RUKIN HYLAND DORIA & TINDALL LLP

Dated: September 22, 2010

By:  */s/ Steven M. Tindall*

Steven M. Tindall (State Bar No. 187862)
steventindall@rhdtlaw.com
Angela Perone (State Bar No. 245793)
angelaperone@rhdtlaw.com
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone:  (415) 421-1800
Facsimile:  (415) 421-1700

*Counsel for the Plaintiffs Kangana Beri and Gopi Vedachalam*

Dated:  September 22, 2010          LOEB & LOEB, LLP

By: /s/    Michelle La Mar

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067-4120
Telephone:  (310) 282-2000
Facsimile:  (310) 282-2200

Dated:  September 22, 2010          KELLEY DRYE & WARREN, LLP

By: /s/    Kevin J. Smith

William A. Escobar (Admitted *Pro Hac Vice*)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted *Pro Hac Vice*)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, NY  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

*Attorneys for Defendants TATA AMERICA INTERNATIONAL CORPORATION, TATA CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.*

## ORDER

Based on the preceding stipulation, this Court hereby orders that the class certification motion briefing shall proceed and the hearing shall be set as follows:

Plaintiffs' Motion for Class Certification, currently set for hearing on December 16, 2010, is re-set for hearing on ~~January 13, 2011 at 10:00 a.m.~~  APRIL 14, 2011 at 10:00 AM.

Plaintiffs' Opening Brief in Support of the Motion for Class Certification shall be served and filed on or before ~~October 21, 2010;~~  FEBRUARY 3, 2011.

Defendants' Opposition Brief shall be served and filed on or before ~~December 9, 2010;~~ ~~and~~  MARCH 10, 2011;

MARCH 31, 2011.

1    Plaintiffs' Reply Brief shall be served and filed on or before ~~December 20, 2010.~~

2

3    Dated: 9/24/2010

4    _____
     HONORABLE VAUGHN R. WALKER
     Chief Judge, United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28