IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI,<br><br>         Plaintiffs,<br><br>   v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, et al.,<br><br>         Defendants. | No. C 06-0963 CW<br><br>ORDER SETTING BRIEFING SCHEDULES AND CASE MANAGEMENT CONFERENCE |

   On January 10, 2011, this wage-and-hour action was reassigned to the undersigned.  Before reassignment, a briefing schedule had been set on Plaintiffs' impending motion for class certification. Also, Defendants had filed a motion for partial summary judgment, which was set for hearing on March 3, 2011.

   In accordance with the previous briefing schedule, Plaintiffs' opening brief in support of their motion for class certification shall be due February 3, 2011; Defendants' opposition shall be due March 10, 2011; and Plaintiffs' reply shall be due March 31, 2011. Plaintiffs' class certification motion shall be heard on April 14, 2011 at 2:00 p.m.

   Defendants' motion for partial summary judgment shall also be heard on April 14, 2011 at 2:00 p.m.  Plaintiffs' opposition shall be due March 10, 2011 and Defendants' reply shall be due March 31, 2011.  If Defendants do not wish to pursue their motion for partial

summary judgment, they shall withdraw it or on before January 27, 2011.

A case management conference will also be held on April 14, 2011.

IT IS SO ORDERED.

Dated: 1/14/2011

CLAUDIA WILKEN
United States District Judge