IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDACHALAM,<br><br>       Plaintiff,<br><br>  v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, et al.,<br><br>       Defendants.<br>_____/ | No. C 06-00963 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion for Order Shortening Time, and Motion to Compel Production of Documents and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing previously set for Thursday, February 24, 2011 is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 1/24/2011

_____
CLAUDIA WILKEN
United States District Judge

cc: Sue; Assigned M/J w/mo.