MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
JON DARYANANI (SBN 205149)
jdaryanani@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:    310-282-2000
Facsimile:    310-282-2200

KELLEY DRYE & WARREN LLP
WILLIAM A. ESCOBAR (Admitted, *Pro Hac Vice)*
wescobar@kelleydrye.com
ROBERT I. STEINER (Admitted, *Pro Hac Vice*)
rsteiner@kelleydrye.com
KEVIN J. SMITH (Admitted, *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, New York 10178
Telephone:    212-808-7800
Facsimile:    212-808-7897

Attorneys for Defendants
TATA AMERICA INTERNATIONAL
CORPORATION, TATA CONSULTANCY
SERVICES, LTD and TATA SONS, LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TATA AMERICA INTERNATIONAL CORPORATION, a New York corporation; TATA CONSULTANCY SERVICES LTD., an Indian corporation; and TATA SONS, LTD., an Indian corporation, <br><br> Defendants. | Case No.  3:06-cv-0963 (VRW) <br><br> Assigned to Hon. Vaughn R. Walker <br><br> Date:    March 3, 2011 <br> Time:    10:00 a.m. <br> Dept:    6 <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING 25 PAGES PURSUANT TO STIPULATION** |

LA2097388.1
205625-10005

[~~PROPOSED~~] ORDER

1  Defendants' unopposed Administrative Motion pursuant to Local Rule 7-11 to file a
2  Memorandum of Points and Authorities in excess of the 25 page limitation in support of their
3  Motion for Summary Judgment is hereby GRANTED.
4  Defendants are hereby provided leave of court to file a 33 page Memorandum of Points
5  and Authorities in support of their Motion for Partial Summary Judgment.  **Plaintiffs' opposition**
6  **may contain as many pages as Defendants' Memo.  Reply: 15 pages.**
7  IT IS SO ORDERED.

Dated: **January 27**, 2011

_____
UNITED STATES DISTRICT COURT
JUDGE

LA2097388.1
205625-10005

1

[~~PROPOSED~~] ORDER