1  Steven M. Tindall (State Bar No. 187862)
   steventindall@rhdtlaw.com
2  Angela Perone (State Bar No. 245793)
   angelaperone@rhdtlaw.com
3  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 2150
4  San Francisco, CA 94111
   Telephone: (415) 421-1800
5  Facsimile: (415) 421-1700

6  Kelly M. Dermody (State Bar No. 171716)
   kdermody@lchb.com
7  Daniel M. Hutchinson (State Bar No. 239458)
   dhutchinson@lchb.com
8  Anne Shaver (State Bar No. 255928)
   ashaver@lchb.com
9  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
10 275 Battery Street, 29th Floor
   San Francisco, CA 94111
11 Telephone: (415) 956-1000
   Facsimile:  (415) 956-1008

12

13 Counsel for Plaintiffs

14
                              UNITED STATES DISTRICT COURT
15
                             NORTHERN DISTRICT OF CALIFORNIA
16

| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated, | CASE NO.  C 06-0963 (CV) |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER RE:  CLASS CERTIFICATION MOTION DEADLINES** |
| v. | |
| TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation; TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation, | |
| Defendants. | |

25

26      ///

27      ///

28      ///

**WHEREAS,** by Order of January 14, 2011, the current class certification motion briefing schedule is as follows: Plaintiffs' Motion for Class Certification is currently set for hearing on April 14, 2011 at 2:00 p.m.; Plaintiffs' Opening Brief in Support of Motion for Class Certification is currently due to be filed by February 3, 2011; Defendants' Opposition Brief is currently due to be filed by March 10, 2011; and Plaintiffs' reply brief is due to be filed by March 31, 2011;

**WHEREAS,** Plaintiffs filed a motion to compel production of certain documents sought in discovery, arguing that they are directly relevant to the class certification issue, which Defendants opposed on several grounds;

**WHEREAS,** on January 28, 2011, the Honorable Elizabeth D. Laporte, Magistrate Judge, held a hearing on Plaintiffs' motion, at which she adopted and so ordered, as more fully stated on the record, the parties' stipulated agreement that Defendants would produce the requested documents to Plaintiffs no later than 60 days from the hearing date, noting that the parties would submit to the Court a joint stipulation and proposed order that would request a change to the briefing schedule for the class certification motion to allow the discovery to be produced to Plaintiffs in time for them to consider and use the discovery as part of their class certification motion, subject to the Court's calendar;

**WHEREAS,** subject to the Court's approval, the parties agreed that this Stipulation and Order re: Class Certification Motion Deadlines would not alter the briefing schedule and hearing date on Defendants' motion for partial summary judgment set forth in the Court's Order, entered on January 14, 2011;

**THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Plaintiffs' Motion for Class Certification, currently set for hearing on April 14, 2011 at 2:00 p.m., is re-set for hearing on July 7, 2011 (or on a date thereafter convenient to the Court);

2. Plaintiffs' Opening Brief in Support of the Motion for Class Certification shall be served and filed on or before April 25, 2011;

3. Defendants' Opposition Brief shall be served and filed on or before June 3, 2011; and

- 2 -

STIPULATION & [PROPOSED] ORDER
CASE NO. C 06-0963 (CW)

4.   Plaintiffs' Reply Brief shall be served and filed on or before June 23, 2011.

**IT IS SO STIPULATED.**

Dated:  January 31, 2011          Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: */s/ Kelly M. Dermody*
       Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne Shaver (State Bar No. 255928)
ashaver@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

RUKIN HYLAND DORIA & TINDALL LLP

Dated: January 31, 2011

By:  */s/ Steven M. Tindall*

Steven M. Tindall (State Bar No. 187862)
steventindall@rhdtlaw.com
Angela Perone (State Bar No. 245793)
angelaperone@rhdtlaw.com
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone:  (415) 421-1800
Facsimile:   (415) 421-1700

*Counsel for the Plaintiffs Kangana Beri and Gopi Vedachalam*

Dated:  January 31, 2011          LOEB & LOEB, LLP


By: */s/    Michelle La Mar*

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067-4120
Telephone:  (310) 282-2000
Facsimile:   (310) 282-2200

Dated: January 31, 2011                KELLEY DRYE & WARREN, LLP

By: */s/   Kevin J. Smith*

William A. Escobar (Admitted *Pro Hac Vice*)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted *Pro Hac Vice*)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, NY  10178
Telephone:  (212) 808-7800
Facsimile:   (212) 808-7897

*Attorneys for Defendants TATA AMERICA INTERNATIONAL CORPORATION, TATA CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.*

## **ORDER**

Based on the preceding stipulation, this Court hereby orders that the class certification motion briefing shall proceed and the hearing shall be set as follows:

Plaintiffs' Motion for Class Certification, currently set for hearing on April 14, 2011 at 2:00 p.m., is re-set for hearing on July **14**, 2011;

**Case Management Conference, currently set for April 14, 2011 at 2:00 p.m., is reset to July 14, 2011;**

Plaintiffs' Opening Brief in Support of the Motion for Class Certification shall be served and filed on or before April 25, 2011;

Defendants' Opposition Brief shall be served and filed on or before June 3, 2011; and

Plaintiffs' Reply Brief shall be served and filed on or before June 23, 2011.

Dated: 2/2/2011

HONORABLE CLAUDIA WILKEN
United States District Court Judge