1  Kelly M. Dermody (State Bar No. 171716)
   kdermody@lchb.com
2  Daniel M. Hutchinson (State Bar No. 239458)
   dhutchinson@lchb.com
3  Anne B. Shaver (State Bar No. 255928)
   ashaver@lchb.com
4  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA 94111
6  Telephone: (415) 956-1000
   Facsimile:  (415) 956-1008
7
   Steven M. Tindall (State Bar No. 187862)
8  steventindall@rhdtlaw.com
   Angela Perone (State Bar No. 245793)
9  angelaperone@rhdtlaw.com
   RUKIN HYLAND DORIA & TINDALL LLP
10 100 Pine Street, Suite 2150
   San Francisco, CA 94111
11 Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
12
   Counsel for Plaintiffs
13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 GOPI VEDACHALAM and KANGANA          CASE NO.  C 06-0963 (CW)
   BERI, on behalf of themselves and all
17 others similarly situated,           **STIPULATION AND ORDER RE:**
                                        **HEARING ON DEFENDANTS' MOTION**
18               Plaintiffs,            **FOR PARTIAL SUMMARY JUDGMENT**

19        v.                           ─────────────────────────────────

20 TATA AMERICA INTERNATIONAL
   CORPORATION, a New York
21 Corporation; TATA CONSULTANCY
   SERVICES, LTD, an Indian Corporation;
22 and TATA SONS, LTD, an Indian
   Corporation,
23
                 Defendants.
24

25

26        **WHEREAS,** the Court set a hearing on Defendants' motion for partial summary

27 judgment for Thursday April 28, 2011 at 2:00 p.m.;

28        **WHEREAS,** one of Plaintiffs' lead counsel has a professional conflict on Thursday and

920324.1                            - 1 -          STIPULATION & [~~PROPOSED~~] ORDER
                                                   CASE NO. C 06-0963 (CW)

1    requests that, if the Court may accommodate Plaintiffs' counsel, the hearing be moved to 3:00

2    p.m.; and

3              **WHEREAS,** Defendants' counsel does not object to this request.

4              **THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

5    1.    The Parties shall appear for a hearing on  Defendants' motion for partial summary

6          judgment on Thursday April 28, 2011 at 3:00 p.m.

7              **IT IS SO STIPULATED**.

8    Dated:  April 26, 2011                    Respectfully submitted,

9                                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

10

11                                             By: */s/ Kelly M. Dermody*_____
                                                       Kelly M. Dermody

12                                             Kelly M. Dermody (State Bar No. 171716)
                                               kdermody@lchb.com
13                                             Daniel M. Hutchinson (State Bar No. 239458)
                                               dhutchinson@lchb.com
14                                             Anne B. Shaver (State Bar No. 255928)
                                               ashaver@lchb.com
15                                             LIEFF, CABRASER, HEIMANN &
                                               BERNSTEIN, LLP
16                                             275 Battery Street, 29th Floor
                                               San Francisco, CA  94111
17                                             Telephone:  (415) 956-1000
                                               Facsimile:   (415) 956-1008
18
                                               Steven M. Tindall (State Bar No. 187862)
19                                             steventindall@rhdtlaw.com
                                               Angela Perone (State Bar No. 245793)
20                                             angelaperone@rhdtlaw.com
                                               RUKIN HYLAND DORIA & TINDALL, LLP
21                                             100 Pine Street, Suite 725
                                               San Francisco, CA  94111
22                                             Telephone:  (415) 421-1800
                                               Facsimile:   (415) 421-1700
23
                                               *Counsel for the Plaintiffs Kangana Beri and Gopi*
24                                             *Vedachalam*

25

26

27

28

920324.1                          - 2 -              STIPULATION & [~~PROPOSED~~] ORDER
                                                     CASE NO. C 06-0963 (CW)

1  Dated:  April 26, 2011                    KELLEY DRYE & WARREN, LLP

2
                                            By: */s/ Robert I. Steiner* _____
3
                                            William A. Escobar (Admitted *Pro Hac Vice*)
4                                           wescobar@kelleydrye.com
                                            Robert I. Steiner (Admitted *Pro Hac Vice*)
5                                           rsteiner@kelleydrye.com
                                            Kevin J. Smith (Admitted *Pro Hac Vice*)
6                                           ksmith@kelleydrye.com
                                            101 Park Avenue
7                                           New York, NY  10178
                                            Telephone:  (212) 808-7800
8                                           Facsimile:  (212) 808-7897

9                                           *Attorneys for Defendants TATA AMERICA
                                            INTERNATIONAL CORPORATION, TATA
10                                          CONSULTANCY SERVICES, LTD., and TATA SONS,
                                            LTD.*

11
                                            Michelle La Mar (State Bar No. 163038)
12                                          mlamar@loeb.com
                                            John Daryanani (State Bar No. 205149)
13                                          jdaryanani@loeb.com
                                            LOEB & LOEB, LLP
14                                          10100 Santa Monica Boulevard, Suite 2200
                                            Los Angeles, CA  90067-4120
15                                          Telephone:  (310) 282-2000
                                            Facsimile:  (310) 282-2200

16

17                                               **ORDER**

18          IT IS SO ORDERED.

19     Dated: ____4/27/2011_____        _____
                                         HONORABLE CLAUDIA WILKEN
20

21

22

23

24

25

26

27

28