1  William A. Escobar (Admitted, *Pro Hac Vice*)
   wescobar@kelleydrye.com
2  Robert I. Steiner (Admitted, *Pro Hac Vice*)
   rsteiner@kelleydrye.com
3  Kevin J. Smith (Admitted, *Pro Hac Vice*)
   ksmith@kelleydrye.com
4  KELLEY DRYE & WARREN, LLP
   101 Park Avenue
5  New York, NY  10178
   Telephone:  (212) 808-7800
6  Facsimile:   (212) 808-7897

7  Michelle La Mar (State Bar No. 163038)
   mlamar@loeb.com
8  John Daryanani (State Bar No. 205149)
   jdaryanani@loeb.com
9  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
10 Los Angeles, CA  90067-4120
   Telephone:  (310) 282-2000
11 Facsimile:   (310) 282-2200

12 *Counsel for Defendants*

13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 GOPI VEDACHALAM and KANGANA
   BERI, on behalf of themselves and all          CASE NO. C 06-0963 (CW)
   others similarly situated,
19                                                **STIPULATION AND ORDER RE:  CLASS
                    Plaintiffs,                   CERTIFICATION DISCOVERY AND
20                                                BRIEFING SCHEDULE**

   v.
21
   TATA AMERICA INTERNATIONAL
22 CORPORATION, a New York
   corporation; TATA CONSULTANCY
23 SERVICES, LTD, an Indian Corporation;
   and TATA SONS, LTD, an Indian
24 Corporation.

25                  Defendants.

26

27

28

1    **WHEREAS,** on February 2, 2011, the Court set the following schedule for Plaintiffs'

2    motion for class certification (the "Motion for Class Certification"):  Plaintiffs' moving papers

3    due on April 25, 2011; Defendants' opposition papers due on June 3, 2011; Plaintiffs' reply

4    papers due on June 23, 2011; and the class certification hearing on July 14, 2011;

5    **WHEREAS,** on April 25, 2011, Plaintiffs served and filed their Motion for Class

6    Certification, including 46 declarations of individuals (the "46 Declarants"), who are located

7    across sixteen (16) states in the United States and six (6) foreign countries;

8    **WHEREAS,** Defendants contend that the 46 Declarants were not previously disclosed to

9    Defendants;

10   **WHEREAS,** Defendants and Plaintiffs have agreed to produce documents and conduct

11   depositions of Declarants on an expedited schedule, including double-tracking depositions, where

12   possible, and evaluating whether time limits on the depositions may be appropriate, to conclude

13   depositions of the United States based Declarants by July 15, 2011;

14   **WHEREAS**, Defendants will inform Plaintiffs by July 1, 2011 whether they intend to

15   depose the non-United States-based Declarants; and

16   **WHEREAS**, Defendants and Plaintiffs submit this proposed order which seeks

17   modification of the current deadlines to allow for the referenced discovery;

18   **THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

19   1.    Discovery, including production of documents and depositions, of the 46 Declarants may

20         commence as soon as reasonably feasible based on the parties' and the 46 Declarants'

21         schedules, with discovery of all United States-based Declarants concluding no later than

22         July 15, 2011;

23

24   2.    For the 46 Declarants, Defendants will produce, so that Plaintiffs' Counsel receive them

25         by no later than five (5) days before the deposition, documents constituting or relating to

26         their personnel files, including Deputation Agreements, Deputation Terms Agreements,

27         visa petitions, W2 forms, monthly earnings statements, and tax refund checks or records

28

- 1 -

of payment for tax refund amounts concerning or governing the time period from February 12, 2002 to the present, to the extent the requested documents can be located;

3.  Plaintiffs' Motion for Class Certification, currently set for hearing on July 14, 2011, is re-set for hearing on October 13, 2011 at 2:00 p.m. (or on a date thereafter convenient to the Court); Defendants' opposition to the Motion for Class Certification is due August 12, 2011; and Plaintiffs' reply in further support of the Motion for Class Certification is due on September 22, 2011; and

4.  Defendants and Plaintiffs respectfully submit that this proposed schedule is without prejudice to either party seeking additional time if:  (a) discovery is not completed in the timeframes outlined above despite the Parties' best efforts or  (b) Defendants notify Plaintiffs that they intend to take the depositions of some or all of the non-United States based Declarants and the parties cannot schedule such depositions before July 15, 2011.

**IT IS SO STIPULATED.**

1

2
Dated:  May 9, 2011                              RUKIN HYLAND DORIA & TINDALL LLP

3                                                By:  _____/s/ Steven M. Tindall_____

4                                                Steven M. Tindall (State Bar No. 187862)
                                                 Angela K. Perone (State Bar No. 245793)
5                                                RUKIN HYLAND DORIA & TINDALL, LLP
                                                 100 Pine Street, Suite 2150
6                                                San Francisco, CA 94111
                                                 Telephone: (415) 421-1800
7                                                Facsimile: (415) 421-1700

8
Dated:  May 9, 2011                              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
9

10                                               By:  _____/s/ Kelly M. Dermody_____

11                                               Kelly M. Dermody (State Bar No. 171716)
                                                 Daniel M. Hutchinson (State Bar No.239458)
12                                               LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                                 Embarcadero Center West
13                                               275 Battery Street, 29th Floor
                                                 San Francisco, CA  94111-3339
14                                               Telephone:  (415) 956-1000
                                                 Facsimile:  (415) 956-1008
15

16
                                                 *Counsel for Plaintiffs*
17

18                                               LOEB & LOEB, LLP

19
Dated:  May 9, 2011                              By:  _____/s/ Michelle La Mar_____
20

21                                               Michelle La Mar (State Bar No. 163038)
                                                 mlamar@loeb.com
22                                               John Daryanani (State Bar No. 205149)
                                                 jdaryanani@loeb.com
                                                 LOEB & LOEB LLP
23                                               10100 Santa Monica Boulevard, Suite 2200
                                                 Los Angeles, CA  90067-4120
24                                               Telephone:  (310) 282-2000
                                                 Facsimile:  (310) 282-2200
25

26

27

28

STIPULATION RE: CLASS CERTIFICATION
                                                 DISCOVERY AND BRIEFING SCHEDULE
                                                 Case No.  C 06-0963 (CW)

1                                    KELLEY DRYE & WARREN LLP

2
   Dated:  May 9, 2011              By:  _____ /s/ William A. Escobar _____
3

4                                    William A. Escobar (Admitted, *Pro Hac Vice*)
                                     wescobar@kelleydrye.com
5                                    Robert I. Steiner (Admitted, *Pro Hac Vice*)
                                     rsteiner@kelleydrye.com
6                                    Kevin J. Smith (Admitted, *Pro Hac Vice*)
                                     ksmith@kelleydrye.com
7                                    KELLEY DRYE & WARREN LLP
                                     101 Park Avenue
8                                    New York, NY  10178
                                     Telephone:  (212) 808-7800
9                                    Facsimile:   (212) 808-7897

10                                   *Counsel for Defendants TATA AMERICA*
                                     *INTERNATIONAL CORPORATION, TATA*
11                                   *CONSULTANCY SERVICES, LTD., and TATA SONS,*
                                     *LTD.*

12

13

14
   **IT IS SO ORDERED.  Plaintiffs' Motion for Class Certification and Case Management**
15
   **Conference will be heard on Thursday, October 20, 2011 at 2:00 p.m.**
16

17

18                                   HONORABLE CLAUDIA WILKEN
                                     United States District Court Judge
19

20

21

22

23

24

25

26

27

28

                                    - 4 -