UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation; TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>Defendants. | CASE NO. C 06-0963 (CW)<br><br>**[PROPOSED]  ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW THEIR MOTION TO FILE UNDER SEAL EXHIBITS 15, 17, AND 19 ATTACHED TO DECLARATION OF DANIEL M. HUTCHINSON** |

Plaintiffs' Motion to Withdraw their Motion to File Under Seal Exhibits 15, 17, and 19 to the Declaration of Daniel M. Hutchinson In Support of Class Certification is GRANTED.

Dated:  **7/19/2011**            _____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge