UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation; TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>        Defendants. | CASE NO.  C 06-0963 (CW)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' UNOPPOSED MOTION TO SHORTEN TIME FOR HEARING AND BRIEFING ON PLAINTIFFS' MOTION TO QUASH DEPOSITION SUBPOENAS** |

Plaintiffs' Motion to Shorten Time For Hearing and Briefing on Plaintiffs' Motion to Quash Deposition Subpoenas is GRANTED IN PART.  Pursuant to the parties' agreement, Defendants' opposition shall be due by August 5 and the reply shall be due by August 8.  A hearing is hereby set for August 11, 2011 at 9:00 a.m.  If the Court determines that oral argument is unnecessary, the hearing will be taken off calendar.

Dated: July 29, 2011           _Elizabeth D. Laporte_

                            Hon. Magistrate Judge Elizabeth D. Laporte