1  Kelly M. Dermody (State Bar No. 171716)        Steven M. Tindall (State Bar No. 187862)
   kdermody@lchb.com                              steventindall@rhdtlaw.com
2  Daniel M. Hutchinson (State Bar No.            RUKIN HYLAND DORIA & TINDALL, LLP
   239458)                                        100 Pine Street, Suite 2150
3  dhutchinson@lchb.com                           San Francisco, CA 94111
   LIEFF, CABRASER, HEIMANN &                     Telephone: (415) 421-1800
4  BERNSTEIN, LLP                                 Facsimile: (415) 421-1700
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  *Counsel for the Plaintiffs*

8  Michelle La Mar (State Bar No. 163038)         William A. Escobar (Admitted, *Pro Hac Vice*)
   mlamar@loeb.com                                wescobar@kelleydrye.com
9  John Daryanani (State Bar No. 205149)          Robert I. Steiner (Admitted, *Pro Hac Vice*)
   jdaryanani@loeb.com                            rsteiner@kelleydrye.com
10 LOEB & LOEB, LLP                               Kevin J. Smith (Admitted, *Pro Hac Vice*)
   10100 Santa Monica Boulevard, Suite 2200       ksmith@kelleydrye.com
11 Los Angeles, CA  90067-4120                    KELLEY DRYE & WARREN LLP
   Telephone: (310) 282-2000                      101 Park Avenue
12 Facsimile:  (310) 282-2200                     New York, NY  10178
                                                  Telephone: (212) 808-7800
13 *Counsel for Defendants*                       Facsimile:  (212) 808-7897

14

15                      UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17

18 GOPI VEDACHALAM and KANGANA
   BERI, on behalf of themselves and all          CASE NO. C 06-0963 (CW)
19 others similarly situated,
                                                  **STIPULATION AND [PROPOSED] ORDER**
20              Plaintiffs,                        **TO EXTEND SUMMARY JUDGMENT**
                                                  **BRIEFING SCHEDULE**
21 v.

22 TATA CONSULTANCY SERVICES,
   LTD, an Indian Corporation and TATA
23 SONS, LTD, an Indian Corporation.

24              Defendants.

25

26

27

28

1    **IT IS HEREBY STIPULATED AND AGREED** by plaintiffs Gopi Vedachalam and

2    Kangana Beri (collectively "Plaintiffs") and defendants Tata Consultancy Services, Ltd. and Tata

3    Sons, Ltd. (collectively "Defendants"), through their respective counsel, as follows:

4        **WHEREAS,** in the April 18, 2012 Case Management Conference Statement, Plaintiffs

5    informed Defendants and the Court that "Plaintiffs anticipate filing a motion for summary

6    judgment within the next thirty days."  Dkt. No. 279.

7        **WHEREAS**, at the April 25, 2012 Case Management Conference, Plaintiffs reiterated

8    their intention to file a summary judgment motion within that time frame.

9        **WHEREAS**, in the April 18 Case Management Conference Statement, Defendants

10   informed Plaintiffs and the Court that they "oppose Plaintiffs' filing of a motion for summary

11   judgment at an early date" before the conclusion of discovery and reiterated that position at the

12   April 25, 2012 Case Management Conference;

13       WHEREAS, the Court directed that if in fact Plaintiffs filed a motion for summary

14   judgment prior to the completion of discovery, Defendants would be free to "file [a] . . . motion to

15   stay or . . . [an] administrative motion to stay, and say [they] really think it would be inefficient

16   for [Defendants] and the court to have to respond, and then [the court will] consider deferring it."

17       **WHEREAS,** on May 18, 2012, Plaintiffs filed their Notice of Motion and Motion for

18   Summary Judgment ("Motion") on the date specified in their prior representations to Defendants

19   and the Court;

20       **WHEREAS,** Plaintiffs noticed the hearing on the Motion for June 28, 2012 at 2:00 pm,

21   making the deadline for Defendants' opposition June 1, 2012; and the deadline for Plaintiffs'

22   reply June 8, 2012;

23       **WHEREAS,** on May 23, 2012, Defendants requested that Plaintiffs stipulate to a four-

24   week extension until June 27, 2012 for Defendants to file a response to Plaintiffs' Motion.

25   Defendants informed Plaintiffs that two of Defendants' attorneys would be out of town on

26   business for ten days, including one of Defendants' lead attorneys, and would not return to the

27   office until June 11; that several of Defendants' attorneys would be out of town during the

28

1  Memorial Day weekend; and that certain of Defendants' attorneys are in India collecting

2  documents.

3      **WHEREAS**, solely to avoid additional motion practice, Plaintiffs agree to an extension

4  until June 13, 2012 for Defendants to file a response to Plaintiffs' Motion or a Motion to Stay or

5  other Administrative Motion, but do not agree that a stay is appropriate.

6      **THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

7  1.      Defendants' response to the Summary Judgment Motion or Defendants' Motion to Stay or

8  other Administrative Motion, if any, shall be due on June 13, 2012, and Plaintiffs' reply shall be

9  due on June 27, 2012; and

10  2.      Plaintiffs' Motion, currently set for hearing on June 28, 2012, is re-set for hearing on July

11  12, 2012 at 2:00 p.m. (or on a date thereafter convenient to the Court).

12      **IT IS SO STIPULATED.**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

Dated:  May 29, 2012                RUKIN HYLAND DORIA & TINDALL LLP

3

By:  /s/ Steven M. Tindall
          Steven M. Tindall

4

5

6

7

8

Steven M. Tindall (State Bar No. 187862)
Angela K. Perone (State Bar No. 245793)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Dated:  May 29, 2012

9

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

10

11

By:  /s/ Kelly M. Dermody
          Kelly M. Dermody

12

13

Kelly M. Dermody (State Bar No. 171716)
Daniel M. Hutchinson (State Bar No.239458)

14

15

16

Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

17

18

*Counsel for the Plaintiffs*

19

LOEB & LOEB, LLP

20

21

Dated:  May 29, 2012                By:  /s/ Michelle La Mar
                                 Michelle La Mar

22

23

24

25

26

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067-4120
Telephone:  (310) 282-2000
Facsimile:  (310) 282-2200

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE & WARREN LLP

Dated: May 29, 2012

By: ___ /s/ Kevin J. Smith _____
                Kevin J. Smith

William A. Escobar (Admitted, *Pro Hac Vice*)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted, *Pro Hac Vice*)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted, *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, NY  10178
Telephone:  (212) 808-7800
Facsimile:   (212) 808-7897

*Counsel for Defendants TATA CONSULTANCY*
*SERVICES, LTD. and TATA SONS, LTD.*

IT IS SO ORDERED.   Plaintiffs' motion currently set for hearing on
June 28, 2012, is reset for hearing on August 2, 2012, at 2:00 p.m.  The case
management conference previously set for Wednesday, July 25, 2012, is continued
to Thursday, August 2, 2012.  A case management statement is due July 26, 2012.

Dated: ___ 6/1/2012 _____

HONORABLE CLAUDIA WILKEN
United States District Court Judge

LA2224281.1
205625-10005

- 4 -

STIPULATION RE: SUMMARY
JUDGMENT BRIEFING SCHEDULE
Case No.  C 06-0963 (CW)