Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven M. Tindall (State Bar No. 187862)
steventindall@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

*Counsel for the Plaintiffs*

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
LOEB & LOEB, LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

William A. Escobar (Admitted, *Pro Hac Vice*)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted, *Pro Hac Vice*)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted, *Pro Hac Vice*)
ksmith@kelleydrye.com
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD, an Indian Corporation and TATA SONS, LTD, an Indian Corporation.<br><br>Defendants. | CASE NO. C 06-0963 (CW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE** |

1  **IT IS HEREBY STIPULATED AND AGREED** by plaintiffs Gopi Vedachalam and
2  Kangana Beri (collectively "Plaintiffs") and defendants Tata Consultancy Services, Ltd. and Tata
3  Sons, Ltd. (collectively "Defendants"), through their respective counsel, as follows:

4  **WHEREAS,** in the April 18, 2012 Case Management Conference Statement, Plaintiffs
5  informed Defendants and the Court that "Plaintiffs anticipate filing a motion for summary
6  judgment within the next thirty days." Dkt. No. 279.

7  **WHEREAS,** at the April 25, 2012 Case Management Conference, Plaintiffs reiterated
8  their intention to file a summary judgment motion within that time frame.

9  **WHEREAS,** in the April 18 Case Management Conference Statement, Defendants
10 informed Plaintiffs and the Court that they "oppose Plaintiffs' filing of a motion for summary
11 judgment at an early date" before the conclusion of discovery and reiterated that position at the
12 April 25, 2012 Case Management Conference;

13 WHEREAS, the Court directed that if in fact Plaintiffs filed a motion for summary
14 judgment prior to the completion of discovery, Defendants would be free to "file [a] . . . motion to
15 stay or . . . [an] administrative motion to stay, and say [they] really think it would be inefficient
16 for [Defendants] and the court to have to respond, and then [the court will] consider deferring it."

17 **WHEREAS,** on May 18, 2012, Plaintiffs filed their Notice of Motion and Motion for
18 Summary Judgment ("Motion") on the date specified in their prior representations to Defendants
19 and the Court;

20 **WHEREAS,** Plaintiffs noticed the hearing on the Motion for June 28, 2012 at 2:00 pm,
21 making the deadline for Defendants' opposition June 1, 2012; and the deadline for Plaintiffs'
22 reply June 8, 2012;

23 **WHEREAS,** on May 23, 2012, Defendants requested that Plaintiffs stipulate to a four-
24 week extension until June 27, 2012 for Defendants to file a response to Plaintiffs' Motion.
25 Defendants informed Plaintiffs that two of Defendants' attorneys would be out of town on
26 business for ten days, including one of Defendants' lead attorneys, and would not return to the
27 office until June 11; that several of Defendants' attorneys would be out of town during the
28

1 | Memorial Day weekend; and that certain of Defendants' attorneys are in India collecting
2 | documents.

3 |      **WHEREAS**, solely to avoid additional motion practice, Plaintiffs agree to an extension
4 | until June 13, 2012 for Defendants to file a response to Plaintiffs' Motion or a Motion to Stay or
5 | other Administrative Motion, but do not agree that a stay is appropriate.

6 |      **THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

7 | 1.    Defendants' response to the Summary Judgment Motion or Defendants' Motion to Stay or
8 | other Administrative Motion, if any, shall be due on June 13, 2012, and Plaintiffs' reply shall be
9 | due on June 27, 2012; and

10 | 2.    Plaintiffs' Motion, currently set for hearing on June 28, 2012, is re-set for hearing on July
11 | 12, 2012 at 2:00 p.m. (or on a date thereafter convenient to the Court).

12 | **IT IS SO STIPULATED.**

Dated: May 29, 2012                    RUKIN HYLAND DORIA & TINDALL LLP

By: /s/ Steven M. Tindall
Steven M. Tindall

Steven M. Tindall (State Bar No. 187862)
Angela K. Perone (State Bar No. 245793)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Dated: May 29, 2012

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Kelly M. Dermody
Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Daniel M. Hutchinson (State Bar No.239458)

Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for the Plaintiffs*

LOEB & LOEB, LLP

Dated: May 29, 2012                    By: /s/ Michelle La Mar
Michelle La Mar

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

KELLEY DRYE & WARREN LLP

Dated: May 29, 2012

By: /s/ Kevin J. Smith
Kevin J. Smith

William A. Escobar (Admitted, *Pro Hac Vice*)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted, *Pro Hac Vice*)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted, *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants TATA CONSULTANCY SERVICES, LTD. and TATA SONS, LTD.*

IT IS SO ORDERED. Plaintiffs' motion currently set for hearing on June 28, 2012, is reset for hearing on August 2, 2012, at 2:00 p.m. The case management conference previously set for Wednesday, July 25, 2012, is continued to Thursday, August 2, 2012. A case management statement is due July 26, 2012.

Dated: 6/1/2012

HONORABLE CLAUDIA WILKEN
United States District Court Judge