IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>    Defendants.<br>_____/ | No. C 06-0963 CW<br><br>ORDER GRANTING STIPULATION AND APPROVING CLASS NOTICE (Docket Nos. 302) |

The Court GRANTS the parties' stipulation (Docket No. 302) and APPROVES of the Class Notice set forth in Exhibit A to their stipulation, with paragraph 23 modified to read as follows:

> You do not need to attend the trial, unless your testimony is sought by TCS or Tata and the Court orders it.  The Court will not order your attendance if you do not currently live in California, and may decide not to order you to appear if you live more than 100 miles away from Oakland.

As set forth in the parties' stipulation, Class Counsel shall employ a third-party notice provider to send the Class Notice to all class members, using the contact information provided by Defendants, by email or, to those class members that the email did not reach successfully, by U.S. Mail or International Mail.

IT IS SO ORDERED.

Dated: 8/20/2012

_____
CLAUDIA WILKEN
United States District Judge