Steven M. Tindall (State Bar No. 187862)
stindall@rhdtlaw.com
Rosha Jones (State Bar No. 279143)
rjones@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, **LP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for Plaintiffs and the National and California Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>Defendants. | CASE NO. C 06-0963 (CW)<br><br>**JOINT STIPULATION AND ORDER TO STAY COURT DEADLINES** |

1                                  **STIPULATION**

2        Plaintiffs Gopi Vedachalam and Kangana Beri ("Plaintiffs"), on behalf of themselves and

3 the PlaintiffNational and California Classes, and Defendants Tata Consultancy Services, Ltd. and

4 Tata Sons, Ltd. (together, "Defendants") hereby stipulate and agree as follows:

5        WHEREAS, the parties conducted a private mediation before Susan Haldeman on

6 October 16 and 17, 2012, as well as additional telephonic conferences with Ms. Haldeman;

7        WHEREAS, the parties are continuing their mediation discussions in an effort to resolve

8 this matter;

9        WHEREAS, to facilitate those discussions, the parties respectfully request that this Court

10 stay all Court deadlines for 90 days, though the parties intend to use their best efforts to complete

11 their negotiation within the next 45 days and inform the Court of their progress at that time;

12        IT IS HEREBY STIPULATED AND AGREED that this litigation be stayed until

13 February 4, 2013.

                                      Respectfully submitted,

14 Dated: November 5, 2012          RUKIN HYLAND DORIA & TINDALL LLP

15

16                            By:     *Is/ Steven M Tindall*
                                     Steven M. Tindall

17                                      Rosha Jones (State Bar No.279143)
                                     rjones@rhdtlaw.com

18                                      100 Pine Street, Suite 2150
                                     San Francisco, CA 94111

19                                      Telephone: (415) 421-1800
                                     Facsimile: (415) 421-1700

20 Dated: November 5, 2012          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

21                            By:    *Is/ Kelly M Dermody*

22                                      Kelly M. Dermody (State Bar No. 171716)
                                     kdermody@lchb.com

23                                      Daniel M. Hutchinson (State Bar No. 239458)
                                     dhutchinson@lchb.com

24                                      Anne Shaver (State Bar No. 255928)
                                     ashaver@lchb.com

25                                      275 Battery Street, 29th Floor
                                     San Francisco, CA 94111

26                                      Telephone: (415) 956-1000
                                     Facsimile: (415) 956-1008

27

28

                                           JOINT STIPULATION AND [PROPOSED] ORDER TO
                                            STAY COURT DEADLINES
                                            CASE NO. C 06-0963 (CW)

*Counsel for Plaintiffs and the National and California Classes*

Dated:  November 5, 2012        LOEB & LOEB, LLP

                               By:   *Is/ Michelle La Mar*

                               Michelle La Mar (State Bar No. 163038)
                               mlamar@loeb.com
                               John Daryanani (State Bar No.205149)
                               jdaryanani@loeb.com
                               10100 Santa Monica Boulevard, Suite 2200
                               Los Angeles, CA  90067-4120
                               Telephone:  (310) 282-2000
                               Facsimile:   (310) 282-2200


Dated:  November 5, 2012        KELLEY DRYE & WARREN, LLP

                               By:   *Is/ Robert 1 Steiner*

                               William A. Escobar (Admitted *Pro Hac Vice*)
                               wescobar@kelleydrye.com
                               Robert I. Steiner (Admitted *Pro Hac Vice*)
                               rsteiner@kelleydrye.com
                               Kevin J. Smith (Admitted *Pro Hac Vice*)
                               ksmith@kelleydrye.com
                               101 Park Avenue
                               New York, NY  10178
                               Telephone:  (212) 808-7800
                               Facsimile:   (212) 808-7897
                               *Attorneys for Defendants TATA CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.*

JOINT STIPULATION AND [PROPOSED] ORDER TO
STAY COURT DEADLINES
CASE NO. C 06-0963 (CW)

1    In light of the parties' stipulation regarding their ongoing attempts to resolve this matter,

2 the Court concludes that, in the interests of judicial efficiency, all litigation and all deadlines in

3 the matter should be stayed, and are hereby stayed, for 90 days.

4    The parties are to provide the Court with an update of their status by February 4, 2013.

5

6 IT IS SO ORDERED. **All existing deadlines are extended by 90 days, except the pretrial and trial dates.**

7
Dated: November 8, 2012                    By: _____
8                                               HON. CLAUDIA WILKEN
9                                          United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28