1  Steven M. Tindall (State Bar No. 187862)
   stindall@rhdtlaw.com
2  Rosha Jones (State Bar No. 279143)
   rjones@rhdtlaw.com
3  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 2150
4  San Francisco, CA 94111
   Telephone: (415) 421-1800
5  Facsimile: (415) 421-1700

6  Kelly M. Dermody (State Bar No. 171716)
   kdermody@lchb.com
7  Daniel M. Hutchinson (State Bar No. 239458)
   dhutchinson@lchb.com
8  Anne B. Shaver (State Bar No. 255928)
   ashaver@lchb.com
9  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LP
   275 Battery Street, 29th Floor
10 San Francisco, CA 94111
   Telephone: (415) 956-1000
11 Facsimile: (415) 956-1008

*Counsel for Plaintiffs and the National and California Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>Defendants. | CASE NO. C 06-0963 (CW)<br><br>**JOINT STIPULATION AND ORDER TO STAY COURT DEADLINES** |

**STIPULATION**

Plaintiffs Gopi Vedachalam and Kangana Beri ("Plaintiffs"), on behalf of themselves and the PlaintiffNational and California Classes, and Defendants Tata Consultancy Services, Ltd. and Tata Sons, Ltd. (together, "Defendants") hereby stipulate and agree as follows:

WHEREAS, the parties conducted a private mediation before Susan Haldeman on October 16 and 17, 2012, as well as additional telephonic conferences with Ms. Haldeman;

WHEREAS, the parties are continuing their mediation discussions in an effort to resolve this matter;

WHEREAS, to facilitate those discussions, the parties respectfully request that this Court stay all Court deadlines for 90 days, though the parties intend to use their best efforts to complete their negotiation within the next 45 days and inform the Court of their progress at that time;

IT IS HEREBY STIPULATED AND AGREED that this litigation be stayed until February 4, 2013.

Respectfully submitted,

Dated: November 5, 2012      RUKIN HYLAND DORIA & TINDALL LLP

By:   *Is/ Steven M  Tindall*
Steven M. Tindall
Rosha Jones (State Bar No.279143)
rjones@rhdtlaw.com
100 Pine Street, Suite 2150
San Francisco, CA  94111
Telephone:  (415) 421-1800
Facsimile:  (415) 421-1700

Dated: November 5, 2012      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   *Is/ Kelly M  Dermody*

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne Shaver (State Bar No. 255928)
ashaver@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

| | | |
|---|---|---|
| 1 | | *Counsel for Plaintiffs and the National and California Classes* |
| 2 | | |
| 3 | Dated: November 5, 2012 | LOEB & LOEB, LLP |
| 4 | | By:  *Is/ Michelle La Mar* |
| 5 | | Michelle La Mar (State Bar No. 163038)<br>mlamar@loeb.com |
| 6 | | John Daryanani (State Bar No.205149)<br>jdaryanani@loeb.com |
| 7 | | 10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4120 |
| 8 | | Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200 |
| 9 | | |
| 10 | Dated: November 5, 2012 | KELLEY DRYE & WARREN, LLP |
| 11 | | By:  *Is/ Robert 1 Steiner* |
| 12 | | William A. Escobar (Admitted *Pro Hac Vice*)<br>wescobar@kelleydrye.com |
| 13 | | Robert I. Steiner (Admitted *Pro Hac Vice*)<br>rsteiner@kelleydrye.com |
| 14 | | Kevin J. Smith (Admitted *Pro Hac Vice*)<br>ksmith@kelleydrye.com |
| 15 | | 101 Park Avenue<br>New York, NY 10178 |
| 16 | | Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897 |
| 17 | | *Attorneys for Defendants TATA CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.* |

1    In light of the parties' stipulation regarding their ongoing attempts to resolve this matter,

2    the Court concludes that, in the interests of judicial efficiency, all litigation and all deadlines in

3    the matter should be stayed, and are hereby stayed, for 90 days.

4    The parties are to provide the Court with an update of their status by February 4, 2013.

5

6    IT IS SO ORDERED. **All existing deadlines are extended by 90 days, except the pretrial and trial dates.**

7    Dated: November 8, 2012                      By: _____

8                                                                          HON. CLAUDIA WILKEN
                                                                             United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28