Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven M. Tindall (State Bar No. 187862)
stindall@rhdtlaw.com
Rosha Jones (State Bar No. 279143)
rjones@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

*Counsel for Plaintiffs and the National and
California Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>Defendants. | CASE NO. C 06-0963 (CW)<br><br>**JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER TO CONTINUE STAY OF COURT DEADLINES** |

In the January 9, 2013 Joint Status Report (Dkt. No. 324), the parties indicated that they were making substantial progress in mediation negotiations and anticipate being able to conclude their discussions within the time provided for in the Court's November 8, 2012 Order (Dkt. No.

332), which stayed all litigation and all deadlines in the matter for 90 days.

The parties have concluded their negotiations and anticipate being able to submit, within the next 14 days, a motion for preliminary approval and a Local Rule 6-2 stipulated request for an order changing time to set a hearing on the matter for February 28, 2013. Given that the Court's 90-day stay of litigation is set to expire on February 6, the parties respectfully request that the Court continue its litigation stay for 30 days.

Dated: February 6, 2013        Respectfully submitted,

                               RUKIN HYLAND DORIA & TINDALL LLP


                               By:   /s/ *Steven M. Tindall*
                                     Steven M. Tindall

                               Steven M. Tindall (State Bar No. 187862)
                               stindall@rhdtlaw.com
                               Rosha Jones (State Bar No.279143)
                               rjones@rhdtlaw.com
                               RUKIN HYLAND DORIA & TINDALL, LLP
                               100 Pine Street, Suite 2150
                               San Francisco, CA  94111
                               Telephone:  (415) 421-1800
                               Facsimile:   (415) 421-1700

                               Kelly M. Dermody (State Bar No. 171716)
                               kdermody@lchb.com
                               Daniel M. Hutchinson (State Bar No. 239458)
                               dhutchinson@lchb.com
                               Anne Shaver (State Bar No. 255928)
                               ashaver@lchb.com
                               LIEFF, CABRASER, HEIMANN &
                               BERNSTEIN, LLP
                               275 Battery Street, 29th Floor
                               San Francisco, CA  94111
                               Telephone:  (415) 956-1000
                               Facsimile:   (415) 956-1008

                               *Counsel for Plaintiffs and the National and California Classes*

| | | |
|---|---|---|
| Dated: February 6, 2013 | | LOEB & LOEB, LLP |

By: ___/s/ Michelle La Mar___

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

Dated: February 6, 2013      KELLEY DRYE & WARREN, LLP

By: ___/s/ Robert I. Steiner___

William A. Escobar (Admitted *Pro Hac Vice*)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted *Pro Hac Vice*)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted *Pro Hac Vice*)
ksmith@kelleydrye.com
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendants TATA CONSULTANCY SERVICES, LTD., and TATA SONS, LTD.*

## [PROPOSED] ORDER

In light of the parties' ongoing attempts to resolve this matter, the Court concludes that, in the interests of judicial efficiency, all litigation and all deadlines in the matter should be stayed, and hereby are stayed, for 30 days.

The parties are to provide the Court with an update of their status by March 4, 2013, unless a motion for preliminary approval is filed prior to that time.

Dated: February 7, 2013      By: _____
Hon. Claudia Wilken
United States District Court Judge