Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Steven M. Tindall (State Bar No. 187862)
stindall@rhdtlaw.com
Rosha K. Jones (State Bar No. 279143)
rjones@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Counsel for Plaintiffs and the National and California Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI VEDACHALAM and KANGANA BERI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation; TATA CONSULTANCY SERVICES, LTD, an Indian Corporation; and TATA SONS, LTD, an Indian Corporation,<br><br>Defendants. | CASE NO.  C 06-0963 (CW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

**STIPULATION**

Plaintiffs Gopi Vedachalam and Kangana Beri ("Plaintiffs"), on behalf of themselves and the Plaintiff National and California Classes, and Defendants Tata Consultancy Services, Ltd., and Tata Sons, Ltd. (together, "Defendants") hereby stipulate and agree as follows:

WHEREAS, on February 21, 2013, Plaintiffs filed an unopposed Motion for Preliminary Approval of Class Action Settlement (the "Unopposed Motion");

WHEREAS, on February 22, 2013, Plaintiffs filed an Amended Notice of Motion setting the hearing date for this this Unopposed Motion for April 4, 2013 at 2:00 p.m.;

WHEREAS, the parties agree to shorten the time for hearing this Unopposed Motion;

WHEREAS, the Court's calendar shows that the Court is unavailable for a hearing on Thursday, February 28, 2013;

WHEREAS, Defendants' counsel is unavailable during the Court's regular hearing calendar on March 7, March 14, and March 21, 2013, as a result of various pre-scheduled professional commitments, including a trip out of the country for a twelve-day period and a scheduled Fourth Circuit Court of Appeals Oral Argument on March 21, 2013 in Richmond Virginia;

WHEREAS, the parties respectfully request that this Court set a hearing on this Unopposed Motion for Thursday, March 28, 2013, at 2:00 p.m., or as soon as the Court may hear the matter;

WHEREAS, the parties are also willing to submit this matter for consideration on the papers and waive hearing and respectfully request, in the alternative, that the Court decide Plaintiffs' Unopposed Motion on the papers if the Court, after consideration of the proposed Settlement, adopts the Settlement as presented without any changes;

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that this Court set a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement for Thursday, March 28, 2013, at 2:00 p.m., or, in the alternative, preliminarily approve the Settlement on the papers.

Dated:  February 22, 2012

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Kelly M. Dermody*
       Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

RUKIN HYLAND DORIA & TINDALL LLP

By: */s/ Steven M. Tindall*
       Steven M. Tindall

Steven M. Tindall (State Bar No. 187862)
stindall@rhdtlaw.com
Rosha K. Jones (State Bar No. 279143)
rjones@rhdtlaw.com
100 Pine Street, Suite 2150
San Francisco, CA  94111
Telephone:  (415) 421-1800
Facsimile:   (415) 421-1700

*Counsel for Plaintiffs and the National and California Classes*

Dated:  February 22, 2013

LOEB & LOEB, LLP

By: */s/ Michelle La Mar*
       Michelle La Mar

Michelle La Mar (State Bar No. 163038)
mlamar@loeb.com
John Daryanani (State Bar No. 205149)
jdaryanani@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067-4120
Telephone:  (310) 282-2000
Facsimile:   (310) 282-2200

| | | |
|---|---|---|
| 1 | Dated:  February 22, 2013 | KELLEY DRYE & WARREN, LLP |
| 2 | | |
| 3 | | By:  */s/ Robert I. Steiner*<br>        Robert I. Steiner |

William A. Escobar (Admitted Pro Hac Vice)
wescobar@kelleydrye.com
Robert I. Steiner (Admitted Pro Hac Vice)
rsteiner@kelleydrye.com
Kevin J. Smith (Admitted Pro Hac Vice)
ksmith@kelleydrye.com
101 Park Avenue
New York, NY  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
Attorneys for Defendants TATA CONSULTANCY
SERVICES, LTD., and TATA SONS, LTD.

1083116.1

-4-   JOINT STIP. AND [PROPOSED] ORDER TO SHORTEN TIME
CASE NO.  C-06-00963-CW

1  **ORDER**

2  In light of the parties' stipulation regarding their desire to shorten time to set a hearing on
3  Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Court will set a
4  hearing on the motion for Thursday, March 28, 2013, at 2:00 p.m.

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  Dated: _____February 25_____, 2013    By: _____
                                                HON. CLAUDIA WILKEN
8
                                            Chief Judge, United States District Court
9

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28